1  **RANDY E. THOMAS, ESQ. / SBN: 78411**
   **CAROLYN L. KATZORKE, ESQ. / SBN: 237989**
2  **LAW OFFICE OF RANDY E. THOMAS**
   11826 N. Lower Sacramento Road, Suite G
3  P.O. Box 717
   Woodbridge, CA 95258
4  Telephone: (209) 369-9255
   Facsimile: (209) 369-9288
5
   Attorney for Plaintiff,
6  VERONICA YBARRA

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA
                              SACRAMENTO DIVISION
10

11 VERONICA YBARRA,                          Case No.: 2:07-CV-02190-FCD-JFM

12     Plaintiff,                            **STIPULATION AND ORDER TO**
                                             **EXTEND THE CLOSE OF NON-**
13     v.                                    **EXPERT DISCOVERY**

14 JEFF CROTHERS, an individual;
   MARK FRIEND, an individual; and
15 NATIONAL CITY MORTGAGE, INC.,
   a California Corporation, and DOES 1-
16 25,

17     Defendants.

18

19     **IT IS HEREBY STIPULATE**D, by and among the parties to the above-captioned

20 matter, that the current close of non-expert discovery of May 23, 2008 is extended to June 2,

21 2008. Such stipulation is entered upon the grounds that the parties are due to participate in a

22 Voluntary Dispute Resolution Session on April 29, 2008 and the current last day to personally

23 serve non-expert discovery is April 23, 2008.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-1-
**STIPULATION AND ORDER TO EXTEND THE CLOSE OF NON-EXPERT DISCOVERY**

1  In an effort to save litigation costs and avoid unnecessary discovery, the parties have
2  agreed that an extension of the close of non-expert discovery would provide that discovery
3  could still be served after the Voluntary Dispute Resolution Session, should the case not resolve
4  and the parties deem further discovery necessary. Such an extension will not affect any other
5  deadlines that are currently ordered in this matter as the trial date is in February 2009.

7  DATED: April 21, 2008        **LAW OFFICE OF RANDY E. THOMAS**

9                 By:           /s/   Katzorke - Carolyn
10                              CAROLYN L. KATZORKE, Attorney for Plaintiff

12  DATED: April 22, 2008        **LITTLER MENDELSON**

14                 By:           /s/  Kelley-Erica
15                              ERICA KELLEY, Attorney for Defendants
                                <u>ORDER</u>

17  The parties having stipulated, and good cause appearing, it is so ordered the close
18  of non-expert discovery shall be on June 2, 2008.

19  **IT IS SO ORDERED.**

20  DATED: April 23, 2008

                                _____
23                              FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE

-2-
**STIPULATION AND ORDER TO EXTEND THE CLOSE OF NON-EXPERT DISCOVERY**