1  **RANDY E. THOMAS, ESQ. / SBN: 78411**
   **CAROLYN L. KATZORKE, ESQ. / SBN: 237989**
2  **LAW OFFICE OF RANDY E. THOMAS**
   11826 N. Lower Sacramento Road, Suite G
3  P.O. Box 717
   Woodbridge, CA 95258
4  Telephone:  (209) 369-9255
   Facsimile:  (209) 369-9288
5
   Attorney for Plaintiff,
6  VERONICA YBARRA

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA
                              SACRAMENTO DIVISION
10

11 | VERONICA YBARRA,                        | Case No.:  2:07-CV-02190-FCD-JFM |
12 |        Plaintiff,                       | **STIPULATION AND ORDER RE DISMISSAL** |
13 |    v.                                   |
14 | JEFF CROTHERS, an individual;
   | MARK FRIEND, an individual; and
15 | NATIONAL CITY MORTGAGE, INC.,
   | a California Corporation, and DOES 1-
16 | 25,
17 |        Defendants.

18

19      Plaintiff, VERONICA YBARRA, by and through her undersigned counsel, do herewith

20 submit this Stipulation re Dismissal (the "Dismissal Stipulation").

21      WHEREAS, the parties reached an agreement through the Voluntary Dispute Resolution

22 Program, wherein Plaintiff YBARRA agreed to dismiss her claims in consideration for the

23 payment of monies by Defendant,

24      NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

25      The above-entitled action is dismissed in its entirety with prejudice as to all Defendants,

26 each party to bear its own costs.

27      **IT IS SO STIPULATED.**

28 / / /

---

-1-
**STIPULATION AND ORDER RE DISMISSAL**

1 | DATED: June 4, 2008             **LAW OFFICE OF RANDY E. THOMAS**

3 |                                  By:      s/   Katzorke - Carolyn
4 |                                           CAROLYN L. KATZORKE,
5 |                                           Attorney for Plaintiff

7 | DATED: June 5, 2008             **LITTLER MENDELSON**

9 |                                  By:      /s/
10 |                                          ERICA KELLEY,
                                              Attorney for Defendants

### ORDER

**IT IS SO ORDERED:**

The parties having stipulated, and good cause appearing, it is so ordered that Case No. 2:07-CV-02190-FCD-JFM shall be dismissed in its entirety with prejudice.

Dated: June 5, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-2-

**STIPULATION AND ORDER RE DISMISSAL**